**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  VERNICE R. BABB                                         Case Number: 07-71917
        111 W. STATE STREET
        ROCKFORD, IL  61101            SSN-xxx-xx-5196

                                                    Case filed on:        8/14/2007
                                                    Plan Confirmed on:    11/5/2007

                              D Dismissed

Total funds received and disbursed pursuant to the plan: $3,250.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 1,463.16 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 1,463.16 | 0.00 |
| 999 | VERNICE R. BABB | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | WELLS FARGO AUTO FINANCE | 11,387.96 | 11,387.96 | 594.86 | 962.28 |
| 014 | CITIZENS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 11,387.96 | 11,387.96 | 594.86 | 962.28 |
| 001 | WELLS FARGO AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | DELL FINANCIAL SERVICES LP | 2,024.79 | 2,024.79 | 0.00 | 0.00 |
| 006 | SWEDISH AMERICAN HOSPITAL | 2,260.76 | 2,260.76 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 431.44 | 431.44 | 0.00 | 0.00 |
| 008 | LIFEWATCH HOLDING CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE BANK (USA) NA | 1,890.87 | 1,890.87 | 0.00 | 0.00 |
| 012 | JAMES MYERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ACCOUNT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 977.75 | 977.75 | 0.00 | 0.00 |
| 016 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 7,585.61 | 7,585.61 | 0.00 | 0.00 |
|  | Grand Total: | 21,673.57 | 21,673.57 | 2,058.02 | 962.28 |

Total Paid Claimant:     $3,020.30
Trustee Allowance:       $229.70           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00              discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan